United States District Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN E. QUIGLEY and FRANCIS QUIGLEY, on behalf of the ConocoPhillips Savings Plan and a class of similarly situated participants of the Plan, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-0508 |
| CONOCOPHILLIPS COMPANY, THE CONOCOPHILLIPS COMPANY BENEFITS COMMITTEE, and JOHN/JANE DOES 1-5, | § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order granting defendants' motion to dismiss, the claims asserted by Francis Quigley are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, and the claims asserted by John E. Quigley are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted.

Costs shall be taxed against the Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 31st day of October, 2024.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE